The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



/S/ RUSS KENDIG

Russ Kendig
United States Bankruptcy Judge

BK1013478
AAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

| | |
|---|---|
| IN RE: | Case No. 10-64824 |
| | Chapter 7 |
| Megan Marie Herr | Judge Kendig |
| Debtor | **AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF U.S. BANK, N.A. (PROPERTY LOCATED AT: 4052 BASORE ROAD, PERRYSVILLE, OH 44864).** |

This matter is before the Court on the Motion for Relief From Stay and Abandonment; and agreement of the Chapter 7 Trustee; and it appearing to the Court that Movant, U.S. Bank, N.A. holds a promissory note and first mortgage describing certain real estate located at 4052 Basore Road Perrysville, OH 44864; and it further appearing that the debtor own the real estate; and the Court, being otherwise fully advised in the premises, finds that the value of the property is less than the total of the unpaid balance of the valid lien of the moving creditor, any other lienholders and the debtors' exemption, if any, in said real estate, and that there is therefore no

equity therein for the Trustee, or for the benefit of creditors of the estate, and that the Movant lacks adequate protection for its interest in said real estate; and it further appearing that the Chapter 7 trustee desires to withdraw their objection to said Motion previously filed herein; accordingly

**IT IS THEREFORE ORDERED:**

1. The Objection previously filed hereto by the Trustee shall be and hereby is withdrawn.

2. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

3. The Trustee is authorized and directed to abandon such Collateral.

##

SUBMITTED BY:

/s/ Michael R Proctor, Case Attorney
Bar Registration #0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100ext. 3224
(513) 354-6464 fax
Email: nohbk@lsrlaw.com

/s/ Josiah L. Mason, Trustee
Mason, Mason & Kearns
Bar Registration # 0003549
P.O. Box 345
153 West Main Street
Ashland, OH 44805-2219
jlmasontrustee@zoominternet.net

COPIES TO:

William C Fithian, III Esq. - Attorney for Debtor
111 N Main St
Mansfield, OH 44902
wcfithian3@embarqmail.com
VIA ELECTRONIC SERVICE

Megan Marie Herr - Debtor
198 W Main Street
Lucas, OH 44843
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Josiah L. Mason - Trustee
P.O. Box 345
153 West Main Street
Ashland, OH 44805-2219
jlmasontrustee@zoominternet.net
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE